# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 16, 2019

Bridget M. McCormack,
Chief Justice

157988-90

David F. Viviano,
Chief Justice Pro Tem

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

v

SC: 157988
COA: 336124
Wayne CC: 16-003501-FH

JEREMY LOREN JAMISON,
      Defendant-Appellant.

_____/

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SC: 157989
COA: 336143
Wayne CC: 16-003501-FH

CLIFFORD LORENZO JOHNSON,
      Defendant-Appellant.

_____/

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SC: 157990
COA: 336154
Wayne CC: 16-003501-FH

LORENZO WARREN JAMISON,
      Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the April 26, 2018 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 16, 2019



Clerk

p0109